EDWARD GARCIA, Bar No. 173487
KULUVA, ARMIJO & GARCIA
One California Street, Suite 1150
San Francisco, CA 94111
(415) 273-6500
(415) 273-6535 Fax
edgarcia@kuluvalaw.com

Attorneys for Defendant,
MADISON VINEYARD HOLDINGS, LLC DBA
JAMIESON RANCH VINEYARDS

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARMEN GUZMAN, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>MADISON VINEYARD HOLDINGS, LLC, A LIMITED LIABILITY CORPORATION, DBA, JAMIESON RANCH VINEYARDS; AND DOES 1 - 100, INCLUSIVE,<br><br>Defendants. | CASE NO. 3:16-CV-00404 JST<br><br>**PLAINTIFF AND DEFENDANT'S JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Carmen Guzman and Defendant Madison Vineyard Holdings, LLC dba Jamieson Ranch Vineyards through their respective counsel of records, that the above-captioned action be dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees and costs of suit.

| | | |
|---|---|---|
| 1 | DATED: September 22, 2016 | BENJAMIN LAW GROUP, PC |
| 2 | | /s/ *[as authorized on 9/21/16]* |
| 3 | | By: _____ |
| 4 | | NA'IL BENJAMIN<br>Attorney for Plaintiff<br>Carmen Guzman |
| 6 | DATED: September 22, 2016 | KULUVA, ARMIJO & GARCIA |
| 7 | | /s/ |
| 8 | | By: _____ |
| 9 | | EDWARD GARCIA<br>Attorney for Defendant<br>Madison Vineyard Holdings, LLC dba<br>Jamieson Ranch Vineyards |

## ORDER

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety, with prejudice, each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED:

DATED: September 26, 2016

_____
JON S. TIGAR
United States District Judge